AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01288-STA-jay

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __John Carrol Mayor__
was received by me on (date) __12/18/25__.

☒ I personally served the summons on the individual at (place) __Perry County Courthouse 121 E Main St #1 Linden TN 37096__ on (date) __12/22/25__; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __12/22/25__

__Bethany Butler__
Server's signature

__Bethany Butler - Private Process Server__
Printed name and title

__118 Fieldstone Dr. Pulaski TN 38478__
Server's address

Additional information regarding attempted service, etc:

12/22/2025
Rec by
__John H Carroll__
Perry Co Mayor
Perry Co, TN