AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01288-STA-jay

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Nick Weems - Sheriff**
was received by me on *(date)* **12/18/25**.

☒ I personally served the summons on the individual at *(place)* **Sheriff's Office 582 Bethel Rd Linden TN 37096** on *(date)* **12/22/25** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: **12-22-25**

*Server's signature* **Bethany Butler**

*Printed name and title* **Bethany Butler - Private Process Server**

*Server's address* **118 Fieldstone Dr. Pulaski TN 38478**

Additional information regarding attempted service, etc: