Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jason Morrow

was received by me on *(date)* 12/18/25 .

☑ I personally served the summons on the individual at *(place)* 582 Bethel Rd
Linden TN 37096                    on *(date)* 12/29/25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 12/29/25

*Bethany Butler*
Server's signature

Bethany Butler  Private Process Server
Printed name and title

118 Fieldstone Dr. Pulaski TN 38478
Server's address

Additional information regarding attempted service, etc:

*Jason w Morrow*