IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY GENE BUSHART JR.,<br><br>*Plaintiff*,<br><br>v.<br><br>PERRY COUNTY, TENNESSEE; NICK WEEMS, in his individual capacity; and JASON MORROW, in his individual capacity;<br><br>*Defendants*. | ) | No. 1:25-cv-01288 |

NOTICE OF APPEARANCE

Undersigned counsel, Haynes T. Russell, makes an appearance for Defendants Perry County, Tennessee, Nick Weems and Jason Morrow, ("Defendants"), without waiving any and all defenses available to these Defendants.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By: s/Haynes T. Russell
Haynes T. Russell (#036923)
*Attorney for Defendants, Perry County, Tennessee, Nick Weems and Jason Morrow*
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 – Telephone
(731) 668-7163 – Facsimile
hrussell@pgtfirm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document (Notice of Appearance) was served via US District Court ECF system upon:

Katherine Phillips
Phillips & Phillips, PLLC
46 S. Main Street, Ste. 2
Lexington, TN 38351

Adam Steinbaugh
Foundation for Individual Rights and Expression
510 Walnut Street, Ste. 900
Philadelphia, PA 19106

David Rubin
Foundation for Individual Rights and Expression
700 Pennsylvania Ave., SE, Ste. 340
Washington, DC 20003

on or before the filing date thereof.

DATE: This the 5th day of January, 2026.

By: s/Haynes T. Russell
Haynes T. Russell