IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LARRY GENE BUSHART JR., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No. 1:25-cv-01288 |
| ) | |
| PERRY COUNTY, TENNESSEE; NICK ) | |
| WEEMS, in his individual capacity; and ) | |
| JASON MORROW, in his individual capacity; ) | |
| ) | |
| *Defendants*. ) | |

### DEFENDANTS' MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING

Defendants Perry County, Tennessee, Sheriff Nick Weems, and Jason Morrow, by and through counsel of record and without waiving any and all defenses available, respectfully move the Court for an extension of time to file a response to the Complaint. As grounds, Defendants state as follows:

1. Plaintiff filed his complaint in this case on December 17, 2025, naming Perry County, Tennessee, Sheriff Nick Weems, and Jason Morrow as defendants. (ECF No. 1).

2. Plaintiff subsequently purportedly served Perry County, Weems, and Morrow. Currently, Defendants Perry County and Weems's responsive pleading is due on January 12, 2026, while Morrow's responsive pleading is due on January 19, 2026.

3. Counsel has numerous obligations over the next several weeks. As a result, counsel for Defendants needs additional time to investigate the allegations asserted by Plaintiff and to prepare a response to the Complaint.

4. No prejudice will result to any party because of this extension, and Plaintiff's counsel does

not object to the present motion or the relief requested herein.

Based upon the above and the record as a whole, Defendants respectfully request that an extension be granted until February 9, 2026, to file a response to the Complaint.

                                              Respectfully submitted,

                                              PENTECOST, GLENN & TILLY, PLLC

By:    s/Nathan D. Tilly
          Nathan D. Tilly (#031318)
          *Attorney for Defendants, Perry County, Tennessee, Nick Weems and Jason Morrow*
          162 Murray Guard Drive, Suite B
          Jackson, Tennessee 38305
          (731) 668-5995 – Telephone
          (731) 668-7163 – Facsimile
          ntilly@pgtfirm.com
          hrussell@pgtfirm.com

## CERTIFICATE OF CONSULTATION

They undersigned communicated with Plaintiff's Counsel, Katherine Phillips, via telephone and email concerning the relief sought by this motion. Ms. Phillips confirmed that Plaintiff has no objection to the relief requested herein.

By:    s/Nathan D. Tilly
          Nathan D. Tilly

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system upon:

Katherine Phillips
Phillips & Phillips, PLLC
46 S. Main Street, Ste. 2
Lexington, TN 38351

Adam Steinbaugh
Foundation for Individual Rights and Expression
510 Walnut Street, Ste. 900
Philadelphia, PA  19106

David Rubin
Foundation for Individual Rights and Expression
700 Pennsylvania Ave., SE, Ste. 340
Washington, DC  20003

on or before the filing date thereof.

DATE:  This the 5th day of January, 2026.

By:    s/Nathan D. Tilly
Nathan D. Tilly