IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **LARRY GENE BUSHART JR.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | No. 1:25-cv-01288-STA-jay |
| ) | |
| **PERRY COUNTY, TENNESSEE; NICK** ) | |
| **WEEMS, in his individual capacity; and** ) | |
| **JASON MORROW, in his individual capacity;** ) | |
| ) | |
|     **Defendants.** ) | |

**ORDER GRANTING DEFENDANTS' MOTION
FOR EXTENSION TO FILE RESPONSIVE PLEADING**

Upon Motion of Defendants Perry County, Tennessee, Sheriff Nick Weems, and Jason Morrow (ECF No. 12) and for good cause shown, the motion is **GRANTED**. Defendants Perry County, Tennessee, Sheriff Nick Weems, and Jason Morrow are granted an extension until February 9, 2026, to file a response to the Complaint.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: January 6, 2026