*Revised September 2025*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| |
|---|
| Plaintiff<br>LARRY GENE BUSHART, JR. |
| Defendant PERRY COUNTY, TENNESSEE; NICK WEEMS; JASON MORROW |

| Case Number<br>1:25-cv-01288-STA-jay | Judge<br>Hon. S. Thomas Anderson |
|---|---|

I, David Rubin                                          hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of LARRY GENE BUSHART, JR.                              by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Supreme Court of the District of Columbia | 12/20/2023 |
| Supreme Court of California | 01/06/2020 |
| United States District Court for the Central District of California | 10/20/2020 |
| United States Court of Appeals for the Tenth Circuit | 06/26/2025 |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name/Middle Initial | Bar/License Number |
|---|---|---|
| Rubin | David | CA: 329852; DC: 90021100 |

| Applicant's Firm Name |
|---|
| Foundation for Individual Rights and Expression |

| Applicant's Address | Room/Suite Number |
|---|---|
| 700 Pennsylvania Ave. SE | Ste. 340 |

| City | State | Zip Code |
|---|---|---|
| Washington | D.C. | 20003 |

| Applicant's Email Address |
|---|
| david.rubin@fire.org |

| Applicant's Phone Number(s) |
|---|
| (215) 717-3473 |

| Residence Address/P.O. Box | Apt |
|---|---|
| 115 Market Sq. NW | |

| City | State | Zip Code |
|---|---|---|
| Vienna | VA | 22180 |

Certificate of Consultation

|  |
|---|
|  |

| Date | Electronic Signature of Applicant |
|---|---|
| January 8, 2026 | S/ David Rubin |



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# David Rubin

*was duly qualified and admitted on December 20, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 08, 2025.***

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# United States District Court

## Central District of California

### CERTIFICATE OF
### GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

David W. Rubin , Bar No. 329852

was duly admitted to practice in this Court on 10/20/2020

DATE

and is active and in good standing as a member of the Bar

of this Court.

Dated at Los Angeles, California

on 12/11/2025

Date

BRIAN D. KARTH
Clerk of Court



By _Andrea Sullarole_

, Deputy Clerk

G-52 (1/24)   CERTIFICATE OF GOOD STANDING