*Revised September 2025*

United States District Court for Western District of Tennessee

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| | |
|---|---|
| Plaintiff<br>LARRY GENE BUSHART, JR. | |
| Defendant PERRY COUNTY, TENNESSEE; NICK WEEMS; and JASON MORROW | |
| Case Number<br>1:25-cv-01288-STA-jay | Judge<br>Hon. S. Thomas Anderson |

I, Adam Steinbaugh hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of LARRY GENE BUSHART, JR. by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Please see the attached. | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name/Middle Initial | Bar/License Number |
|---|---|---|
| Steinbaugh | Adam | CA: 304829; PA: 326475 |

| Applicant's Firm Name |
|---|
| Foundation for Individual Rights and Expression |

| Applicant's Address | Room/Suite Number |
|---|---|
| P.O. Box 40128 | |

| City | State | Zip Code |
|---|---|---|
| Philadelphia | PA | 19106 |

| Applicant's Email Address |
|---|
| adam@fire.org |

| Applicant's Phone Number(s) |
|---|
| (215) 717-3473 |

| Residence Address/P.O. Box | Apt |
|---|---|
| 1441 S. Franklin St. | |

| City | State | Zip Code |
|---|---|---|
| Philadelphia | PA | 19147 |

Certificate of Consultation

| |
|---|
| |

| Date | Electronic Signature of Applicant |
|---|---|
| January 8, 2026 | S/ Adam Steinbaugh |

**Attachment to *pro hac vice* application of Adam Steinbaugh**

I was admitted to practice in the following jurisdictions or before the following courts on the listed dates. I am in good standing in each.

1. State of California (No. 304829) (Sept. 14, 2015)
2. Commonwealth of Pennsylvania (No. 326475) (Nov. 2, 2018)
3. District of Colorado (Mar. 14, 2019)
4. Central District of California (Sept. 22, 2015)
5. Eastern District of California (Mar. 2, 2022)
6. Northern District of California (July 14, 2020)
7. Southern District of California (Oct. 14, 2020)
8. Eastern District of Pennsylvania (Mar. 1, 2022)
9. Western District of Michigan (June 11, 2024)
10. U.S. Court of Appeals for the Fifth Circuit (Oct. 19, 2023)
11. U.S. Court of Appeals for the Eleventh Circuit (Dec. 21, 2022)
12. U.S. Supreme Court (Apr. 29, 2024)

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

***Adam Blair Steinbaugh, Esq.***

**DATE OF ADMISSION**

***November 2, 2018***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: December 16, 2025**

Nicole Traini
Chief Clerk

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

Adam Blair Steinbaugh, Bar No. 304829

was duly admitted to practice in this Court on 09/21/2015
DATE

and is active and in good standing as a member of the Bar

of this Court.

Dated at Los Angeles, California

on 12/15/2025
*Date*

BRIAN D. KARTH
Clerk of Court

By ______________________
Audree Sellarole, Deputy Clerk