**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| **LARRY GENE BUSHART, JR.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PERRY COUNTY, TENNESSEE; NICK WEEMS, in his individual capacity; and JASON MORROW, in his individual capacity,**<br><br>**Defendants.** | **No. 1:25-cv-01288-STA-jay** |

---

**ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

Before the Court is Attorney David Rubin's Motion for Leave to Appear *Pro Hac Vice*, filed on January 8, 2026. (ECF No. 14.) Upon review, it appears to the Court that the Motion, Certificates, and affirmations made therein satisfy the requirements of Local Rule 83.4(d) of this Court, and the Motion is hereby **GRANTED**. Attorney David Rubin is admitted *pro hac vice* as counsel of record for Plaintiff in this matter.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: January 9, 2026