*Revised September 2025*

United States District Court for Western District of Tennessee

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| | |
|---|---|
| Plaintiff<br>LARRY GENE BUSHART, JR. | |
| Defendant PERRY COUNTY, TENNESSEE; NICK WEEMS, in his individual capacity; JASON MORROW, in his individual capacity | |
| Case Number<br>1:25-cv-01288 | Judge<br>Stanley Thomas Anderson |

I, Cary Davis hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of LARRY GENE BUSHART, JR. by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Supreme Court of Pennsylvania | 10/27/25 |
| United States District Court for the Eastern District of Pennsylvania | 11/21/25 |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name/Middle Initial | Bar/License Number |
|---|---|---|
| Davis | Cary | PA No. 338042 |

| Applicant's Firm Name |
|---|
| Foundation for Individual Rights and Expression |

| Applicant's Address | Room/Suite Number |
|---|---|
| P.O. Box 40128 | |

| City | State | Zip Code |
|---|---|---|
| Philadelphia | PA | 19106 |

| Applicant's Email Address |
|---|
| cary.davis@fire.org |

| Applicant's Phone Number(s) |
|---|
| (215) 717-3473 |

| Residence Address/P.O. Box | Apt |
|---|---|
| 1650 Limekiln Pike | Ste. B19 PMB 59 |

| City | State | Zip Code |
|---|---|---|
| Dresher | PA | 19025 |

Certificate of Consultation

| Date | Electronic Signature of Applicant |
|---|---|
| January 9, 2026 | S/ Cary Davis |