THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LARRY GENE BUSHART, JR.,<br><br>Plaintiff,<br><br>v.<br><br>PERRY COUNTY, TENNESSEE; NICK WEEMS, in his individual capacity; and JASON MORROW, in his individual capacity,<br><br>Defendants. | No. 1:25-cv-01288-STA-jay |

## ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Before the Court is Attorney Cary Davis' Motion for Leave to Appear *Pro Hac Vice*, filed on January 10, 2026. (ECF No. 18.) Upon review, it appears to the Court that the Motion, Certificates, and affirmations made therein satisfy the requirements of Local Rule 83.4(d) of this Court, and the Motion is hereby **GRANTED**. Attorney Cary Davis is admitted *pro hac vice* as counsel of record for Plaintiff in this matter.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:  January 12, 2026