# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| **LARRY GENE BUSHART, JR.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.  1:25-1288-STA** |
| | ) | |
| **PERRY COUNTY, TENNESSEE,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF REFERENCE FOR JUDICIAL MEDIATION

Pursuant to the scheduling conference held in this matter on March 20, 2026, this matter is hereby referred to the United States Magistrate Judge to conduct mediation at the earliest available date.

**IT IS SO ORDERED.**

<u>**s/ S. Thomas Anderson**</u>
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:  March 23, 2026