# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## *Eastern Division*
## *Office of the Clerk*

| | |
|---|---|
| Wendy R. Oliver, Clerk | Deputy-In-Charge |
| 242 Federal Building | U.S. Courthouse, Room 262 |
| 167 N. Main Street | 111 South Highland Avenue |
| Memphis, Tennessee 38103 | Jackson, Tennessee 38301 |
| (901) 495-1200 | (731) 421-9200 |

## NOTICE OF SETTING
**Before Judge Jon A. York, United States Magistrate Judge**

March 23, 2026

RE:     1:25-cv-1288-STA-jay
        *Bushart v. Perry County, Tennessee et al*

Dear Sir/Madam:

**A SETTLEMENT CONFERENCE** has been **SET** for **Thursday, April 30, 2026** at **10 A.M. CT**. in the ADR Suite, 3rd Floor, James D. Todd United States Courthouse, Jackson, TN 38301.  Party statements are due by 3 PM, Friday, April 24, 2026.

**Please see attached instructions and note that any attorney participating in the Settlement Conference MUST file a notice of appearance with the Court.**

If you have any questions, please contact Andrew Shulman, Case Manager to Judge York, at the number below.

Sincerely,

WENDY R. OLIVER, CLERK

BY:     **s/ Andrew Shulman**
        Case Manager to Judge Jon A. York
        andrew_shulman@tnwd.uscourts.gov
        731-421-9275

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

---

## INSTRUCTIONS FOR
## SETTLEMENT CONFERENCES BEFORE
## MAGISTRATE JUDGE JON A. YORK

---

The lead attorney who will try the case for each party shall appear, and it is expected that counsel will be fully authorized to accomplish settlement of this case and prepared to engage in effective settlement negotiations.  In addition, the parties, or representatives of corporate parties, must be present **in person with full settlement authority** at the conference.  If any part of the potential liability of a party is insured, or subject to indemnity, a representative of an insurer or indemnitor with authority to pay the full policy of indemnity limits, must be present **in person** at the conference.  Requests for a representative of an insurer or indemnitor with authority to pay the full policy of indemnity limits to appear by telephone must be made **no less than five (5) days prior to the scheduled settlement conference.**

All participants should allocate adequate time for the settlement conference.  Although the settlement conference may conclude in the early afternoon, all participants should clear their calendars for the entire day.  Judge York's commitment is to work with the parties for as long as necessary.

Counsel shall submit to Magistrate Judge York's ECF inbox (ECF_Judge_York@tnwd.uscourts.gov), **at least five (5) business days before the scheduled settlement conference, but no later than the date indicated in the setting letter,** (pro-se parties, if unable to email,  may submit their statements via U.S. mail to Judge York's Chambers, 111 South Highland Avenue, Jackson, TN, 38301), an **in camera** statement setting forth the following:

1.    **Case Summary**: state the basic facts and history of the case, including the claims and defenses of the parties.

2.    **Liability and Damages**: state whether liability is disputed, and, if so, attach any relevant documents (accident reports, etc.).  State the type and amount of damages sought.  The plaintiff(s) shall include an itemized list of damages sought, the basis for seeking each item, and any relevant support for seeking such damages.  The defendant(s) shall set forth any factors that may mitigate the damages sought, along with relevant support.

3.    **Expert Opinions**: list the names of all experts that you anticipate will testify at trial, along with a brief summary of their opinions.

4.    **Points of Law**: If the case contains significant or unusual points of law, please include a brief description, attaching relevant authorities cited to or relied on.

5.   **<u>Strengths and Weaknesses</u>**: list the strengths and weaknesses of both your case and your opposing party's case.

6.   **<u>Costs of Trial</u>**: list the estimated costs you will incur if the case is not resolved in this settlement conference and goes to trial.

7.   **<u>History of Settlement Negotiations</u>**: describe the parties' attempts to resolve the case to date, including the latest offers made.  Describe why the parties have not been able to resolve the case.  If you are waiting on additional information to properly evaluate the case, describe what additional information you need and what steps you have taken to get that information.

The statement you prepare is for Judge York's review only, will not be filed with the court, and will be used solely for the settlement conference.

**Failure to timely submit the private statement may result in sanctions.**

Counsel will be expected to have discussed the prospect of settlement with their client(s) before the conference.  It is further expected that after such discussions, the parties will make at least one settlement offer and counter-proposal in good faith.