**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION**

| | |
|---|---|
| LARRY GENE BUSHART, JR.,<br><br>                    *Plaintiff,*<br><br>    v.<br><br>PERRY COUNTY, TENNESSEE; *et al.*;<br><br>                    *Defendants*. | No:    1:25-cv-01288-STA-jay<br><br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 83.5, David W. Rubin respectfully requests leave to withdraw as counsel for Plaintiff Larry Bushart in the above-captioned matter because Rubin is no longer with the Foundation for Individual Rights and Expression. Adam Steinbaugh, Cary Davis, and Katherine Phillips continue to represent Plaintiff. Defendants do not oppose this motion.

DATED:        May 13, 2026        Respectfully submitted,

Adam Steinbaugh*
(CA Bar No. 304829; PA Bar No. 326475)
Cary Davis*
(PA Bar No. 338042)
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
adam@fire.org
cary.davis@fire.org

Katherine Phillips
(TN BPR No. 036757)
PHILLIPS & PHILLIPS, PLLC
46 S. Main Street, Suite 2
Lexington, TN 38351
Tel: (731) 249-5246
katie@phillipsandphillips.law

*Counsel for Plaintiff Larry Gene Bushart, Jr.*

*/s/ David Rubin*
David Rubin*
(CA Bar No. 329852; D.C. Bar No. 90021100)

*Admitted *Pro Hac Vice*

1

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 13, 2026, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.


Dated: May 13, 2026                              */s/ David Rubin*
                                                  David Rubin