**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION**

| | |
|---|---|
| LARRY GENE BUSHART, JR., <br><br>     *Plaintiff,*<br><br> v.<br><br>PERRY COUNTY, TENNESSEE; *et al.*;<br><br>     *Defendants*. | No: 1:25-cv-01288-STA-jay<br><br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 83.5, David W. Rubin respectfully requests leave to withdraw as counsel for Plaintiff Larry Bushart in the above-captioned matter because Rubin is no longer with the Foundation for Individual Rights and Expression. Adam Steinbaugh, Cary Davis, and Katherine Phillips continue to represent Plaintiff in this matter.

DATED:   May 13, 2026    Respectfully submitted,

Adam Steinbaugh*
(CA Bar No. 304829; PA Bar No. 326475)
Cary Davis*
(PA Bar No. 338042)
FOUNDATION FOR INDIVIDUAL RIGHTS
 AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
adam@fire.org
cary.davis@fire.org

Katherine Phillips
(TN BPR No. 036757)
PHILLIPS & PHILLIPS, PLLC
46 S. Main Street, Suite 2
Lexington, TN 38351
Tel: (731) 249-5246
katie@phillipsandphillips.law

*Counsel for Plaintiff Larry Gene Bushart, Jr.*

*/s/ David Rubin*
David Rubin*
(CA Bar No. 329852; D.C. Bar No. 90021100)

*Admitted Pro Hac Vice

1

2

## <u>CERTIFICATE OF SERVICE</u>

   I certify that on May 13, 2026, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

Dated: May 13, 2026         */s/ David Rubin*
              David Rubin