## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## JACKSON DIVISION

| | |
|---|---|
| LARRY GENE BUSHART, JR., <br><br> *Plaintiff*, <br><br> v. <br><br> PERRY COUNTY, TENNESSEE; *et al.*; <br><br> *Defendants*. | No:    1:25-cv-01288-STA-jay <br><br><br> **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and based on the stipulation of all parties to this action, the Plaintiff hereby dismisses all claims in this action with prejudice, with each party to bear her or his own costs and attorney's fees.

Respectfully submitted this 26 day of May, 2026.

s/ *Cary Davis*
Cary Davis*
(PA Bar No. 338042)
Adam Steinbaugh*
(CA Bar No. 304829; PA Bar No. 326475)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
adam@fire.org
cary.davis@fire.org

Katherine Phillips
(TN BPR No. 036757)
PHILLIPS & PHILLIPS, PLLC
46 S. Main Street, Suite 2
Lexington, TN 38351
(731) 249-5246
katie@phillipsandphillips.law

*Admitted *Pro Hac Vice*
*Counsel for Plaintiff Larry Gene Bushart, Jr.*

s/ *Nathan D. Tilly*
Nathan D. Tilly (#031318)
PENTECOST, GLENN & TILLY
162 Murray Guard Dr., Ste. B
Jackson, TN 38305
(731) 668-5995
ntilly@pgtfirm.com
hrussell@pgtfirm.com
*Attorney for Defendants*

1

**CERTIFICATE OF SERVICE**

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the US District Court ECF system on this day, May 26, 2026.

Date: May 26, 2026                                    */s/ Cary Davis*
                                                      Cary Davis