UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **LARRY GENE BUSHART, JR.,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **PERRY COUNTY, TENNESSEE, ET AL.,** | CASE NO: 25-1288-STA-jay |
| Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **NOTICE of Voluntary Dismissal** entered on May 26, 2026, this cause is hereby **DISMISSED with prejudice.**

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT JUDGE

DATE: 5/27/2026

Wendy R. Oliver
Clerk of Court

s/Maurice B. Bryson

(By)  Deputy Clerk